1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 FEB 25 A 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

James A. Williams

_____

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-16-AR-0328-S

v

Zackery S. McLemore

_____

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s) _____

  2.  Court (if Federal Court, name the district; if State Court, name the county)

      _____

  3.  Docket Number _____

  4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement William E Donaldson Corr, Facility

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? This is my first time. I have been assaulted by a person associated with A.D.O.C and no one can show me the step's to take, do to me being place in lock-up.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) James A. Williams

Address 100 Warrior lane., Bessemer, Al 35023

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant **Zackery S. Mclemore**

is employed as **Correctional officer**

at **William E. Donaldson Correctional Facility**

C.  Additional Defendants _____

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On Jan. 1, 2016 at ward 1 in the infirmary I James A. Williams was assaulted by officer Zackery S. Mclemore. around Dec, 20, 2016 I was sent to U.A.B Hospitle from me throwing up blood, they told me I have hep-B- I was sent back and place in ward 1 because I was still sick and throwing up and had an I.V in my left hand, I James A. Williams did not put my hand's on the officer I only tryed to walk by him and this is when he slamed me onto the floor and my I.V came out my left hand, I was then hand

-3-

cuffe behind my back, officer zackery s. mclemore started kicking me many time's on my right side wher I had a livertransplant. I was place in lock-up, im still haveing pain's From time to time From this assault

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

5,000 For what has happen to me and to be place at another Correctional Facility

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb/ 17/ 2016
(date)

James A. Williams

Ed DLi-cuB  February 17, 2016

MY COMMISSION EXPIRES OCTOBER 24, 2018

Signature(s)

-4-